IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02537-WYD-KLM

THOMAS L. WATKINS,

    Plaintiff,

v.

GLORIA GOODGAIN; and
MIKE MOLINA,

    Defendants.

## ORDER OF DISMISSAL

  THIS MATTER is before the Court on the Notice of Dismissal as to Defendant Mike Molina, filed November 9, 2010 [ECF No. 7] and the Stipulated Motion to Dismiss as to Defendant Gloria Goodgain, filed November 9, 2010 [ECF No. 8].  Upon review of the notice and motion and the file herein, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is hereby

    ORDERED that the Stipulated Motion to Dismiss [ECF No. 8] is **GRANTED**.  It is

    FURTHER ORDERED that the claims and causes of action against Defendant Mike Molina are **DISMISSED WITHOUT PREJUDICE**.  It is

    FURTHER ORDERED that the claims and causes of action against Defendant Gloria Goodgain are **DISMISSED WITH PREJUDICE**.

Dated: November 12, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge